```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 04917
   SYLVIA D HOLLISTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-1006


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/11/2006 and was confirmed 03/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   7.00%.

     The case was dismissed after confirmation 07/12/2007.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
DAVID P LEIBOWITZ        NOTICE ONLY      NOT FILED          .00           .00
AMERICAN EAGLE BANK      SECURED VEHIC    29419.99        232.18       2395.21
AMERICAN EAGLE BANK      UNSECURED        NOT FILED          .00           .00
WFNNB/HARLEM FURNITURE   SECURED             34.60           .00         34.60
WFNNB/HARLEM FURNITURE   UNSECURED         2457.61           .00           .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED          .00           .00
AMERICASH                UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP    UNSECURED         3469.37           .00           .00
BANK ONE CARD MEMBER SER UNSECURED        NOT FILED          .00           .00
BEDFORD FAIR APPAREL     UNSECURED        NOT FILED          .00           .00
BERKELEY HEARTLAB INC    NOTICE ONLY      NOT FILED          .00           .00
SMC % CARSON PIRIE SCOTT UNSECURED          2177.43          .00           .00
CHASE BANK USA NA        UNSECURED          7615.38          .00           .00
CHICAGO AREA OFFICE FEDE UNSECURED         10053.23          .00           .00
B-LINE LLC               UNSECURED           516.06          .00           .00
COMCOST                  UNSECURED        NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI UNSECURED         10941.43          .00           .00
FINGERHUT                UNSECURED        NOT FILED          .00           .00
FMA ALLIANCE             NOTICE ONLY      NOT FILED          .00           .00
HEALTH CARE CENTERS      UNSECURED        NOT FILED          .00           .00
JC PENNY                 UNSECURED        NOT FILED          .00           .00
LITILE COMPANY OF MARY H UNSECURED        NOT FILED          .00           .00
MASON DIRECT             UNSECURED        NOT FILED          .00           .00
NEWPORT NEWS INC         UNSECURED        NOT FILED          .00           .00
PUBLISHERS CLEARING HOUS UNSECURED        NOT FILED          .00           .00
SEARS                    UNSECURED        NOT FILED          .00           .00
SHELL                    UNSECURED        NOT FILED          .00           .00
ST FRANCIS HOSPITAL      UNSECURED        NOT FILED          .00           .00
TARGET NATIONAL BANK     UNSECURED          3452.93          .00           .00
SMC % CARSON PIRIE SCOTT UNSECURED              .00          .00           .00
DEAN D PAOLUCCI          DEBTOR ATTY       1,800.00                        .00
TOM VAUGHN               TRUSTEE                                        158.01

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 04917 SYLVIA D HOLLISTER
```

```
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,820.00

PRIORITY                                              .00
SECURED                                          2,429.81
     INTEREST                                      232.18
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               158.01
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                   2,820.00                2,820.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
     Dated: 10/23/07                     _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 06 B 04917 SYLVIA D HOLLISTER